**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Manuel DeJesus Vasquez

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01614-SHL-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 8 Federal Respondents' Status Update, the Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

Date: 3/27/2026

KATE M. FOGARTY, CLERK